PS8
(8/88)

# United States District Court
## for the
## Eastern District of Michigan

U.S.A. vs. Brandon Griesemer          Docket No. 18-30040-01

### Petition for Action on Conditions of Pretrial Release

COMES NOW Brandi L. Baltes, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant <u>Brandon Griesemer</u>, who was placed under pretrial release supervision by <u>Your Honor</u> sitting in the court at <u>Detroit, Michigan</u>, on <u>January 19, 2018</u>, under the following conditions:

1. Released on a $10,000 Unsecured bond
2. Third Party Custodian (added 7.31.18)
3. Report as directed to Pretrial Services
4. Travel restricted to the Eastern District of Michigan
5. Get medical or psychiatric treatment; submit to mental health evaluation
6. No contact with any alleged victim or witness
7. Do not possess a firearm, destructive device or other dangerous weapon(s)
8. Do not use or unlawfully possess a narcotic or other controlled substance, unless prescribed by a licensed medical practitioner
9. Submit to any testing required by the Pretrial Services Office or supervising officer to determine whether the defendant is using a prohibited substance
10. Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the Pretrial Services Office or supervising officer
11. Seek and/or maintain employment



FILED
NOV 19 2018
CLERK'S OFFICE
DETROIT

**Respectfully presenting petition for action of court and for cause as follows:**

On November 18, 2018, the defendant was arrested at his residence at or around 3 a.m. on Chestnut Tree in the city of Novi, Michigan, on a singular charge of domestic violence by the Novi Police Department, following the alleged assault of his mother and third party custodian, Lisa Griesemer. Pretrial Services spoke to Mrs. Griesemer at approximately 0800hrs. on the date of incident, and was advised that after returning home late from an event with her husband, the defendant was present in the residence with two friends, who unknowingly had consumed mushrooms. A short time later, the defendant's behavior became erratic and incoherent, at which time, the friends divulged the substance he had consumed. The defendant made multiple attempts to leave the residence while making suicidal threats, and had to be restrained. The family made a call to 911 for medical assistance, and while waiting for EMS to arrive, the defendant punched his mother in the face, resulting in a black eye. Upon arrival of medical and police personnel, the assault was revealed, resulting in the defendant's arrest.

The defendant is scheduled to be arraigned in the 52-1 District Court, Novi, Michigan, on November 19, 2018, having been granted a Personal Recognizance bond on November 18, 2018. At this time, Pretrial Services is awaiting receipt of a formal Incident/Arrest Report.

The defendant is scheduled for a continued Preliminary Examination on December 18, 2018, concerning the Criminal Complaint before this Court.

Pretrial Services has notified Assistant United States Attorney Penny Beardslee, as well as, Defense Counsel John Meixner, Jr., of the defendant's arrest.

Further, on November 14, 2018, the defendant made a verbal admission to Pretrial Services, in the presence of defense counsel and his third party custodian, to recent use of marijuana, violation conduct which was previously addressed by the Court on July 31, 2018. Receipt of formal test results remain pending at this time.

In view of the aforementioned, and in consideration of the defendant's release conditions as noted within, it is respectfully recommended that a Bond Hearing on this matter be scheduled forthwith.

**PRAYING THAT THE COURT WILL ORDER a Bond Review Hearing to be held on November 20, at 4:00 a.m. ~~a.m.~~ p.m. so that Mr. Griesemer can answer as to why his bond should not be canceled in this matter.**

ORDER OF COURT

Considered and ordered this 19 day of November, 2018 and ordered filed and made a part of the records in the above case.

United States Magistrate Judge Anthony P. Patti

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 19, 2018

Respectfully,

s/Brandi Baltes

Brandi Baltes, U.S. Pretrial Services Officer

Place: Detroit, Michigan

Date: November 19, 2018